**Dated: June 30, 2009**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PATRICIA ANN BURKETT, | ) | Case no. 09-23388 GWE |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

CONSENT ORDER ON NONDISCHARGEABILITY OF DEBT TO TENNESSEE
DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT

The Tennessee Attorney General, Robert E. Cooper, Jr., through undersigned counsel, on behalf of the Tennessee Department of Labor & Workforce Development (or "Department"), now submits this Consent Order for approval by the Court after agreement by the interested parties whose signatures appear below.

IT IS AGREED THAT:

1. Debtor filed a bankruptcy petition under Chapter 7 on March 26, 2009.

2. Prior to the bankruptcy filing, Debtor Patricia Ann Burkett applied for and received unemployment benefits from the Department and, during the weeks ending May 20 through July 8, 2006, caused overpayments of $2,160.00 to occur by failing to report employment income received from Sitel Corp. The current balance owed to the Department is $2,160.00

3. Debtor agrees this debt is nondischargeable under 11 U.S.C. §§ 523(a)(2) and 727(b). Debtor also agrees an adversary proceeding is not necessary to determine the dischargeability of this debt and explicitly waives any objection(s) that may be asserted under F.R.B.P. 7001.

THEREFORE, IT IS ORDERED THAT:

1. The debt owed to the Department in the amount of $2,160.00 is determined as nondischargeable under 11 U.S.C. §§ 523(a)(2) and 727(b) .

2. Once the automatic stay is no longer in effect, the Department shall have the right to collect this debt using any remedies available under applicable nonbankruptcy law.

APPROVED FOR ENTRY:

ROBERT E. COOPER, JR.
Tennessee Attorney General

/s/ Gill R. Geldreich
GILL R. GELDREICH (TN BPR 020775)
Assistant Attorney General
PO Box 20207
Nashville TN 37202
T: 615-532-2546
F: 615-741-3334
Gill.Geldreich@ag.tn.gov

Attorney for the Department

/s/ Herbert D. Hurst
HERBERT D. HURST (TN BPR 018721)
P.O. Box 41497
Memphis, TN 38174-1497
T: 901-725-1000
F: 901-725-4700

Attorney for the Debtor

PARTIES TO BE SERVED:
Debtor
Debtor's Attorney
Case Trustee